UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| AMERICAN INSTITUTE OF PHYSICS, and BLACKWELL PUBLISHING, LTD., | § § § § § | |
| Plaintiffs, | § § | |
| vs. | § § | Civil Action No. 3:12-cv-1230-M |
| WINSTEAD PC, and JOHN DOES #1-10, | § § § § | |
| Defendants, | § § | |
| vs. | § § | |
| UNITED STATES PATENT & TRADEMARK OFFICE, | § § § § | |
| Intervenor Defendant. | § § § | |

## ORDER

Before the Court is the Motion to Dismiss Plaintiffs' Original Complaint [Docket Entry #13] and the Motion for Leave to File an Amended Complaint [Docket Entry #23]. For the reasons discussed during the hearing of November 20, 2012, both Motions are **GRANTED**. Plaintiffs shall file their First Amended Complaint within seven (7) days of the date of this Order.

**SO ORDERED**.

Dated: November 20, 2012.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS