IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION



AMERICAN INSTITUTE OF PHYSICS, AND §
BLACKWELL PUBLISHING, LTD. §
§
  Plaintiffs, §
§
v. §
§
WINSTEAD PC AND JOHN DOES NOS. 1-10, §
§
  Defendants, §  CIVIL ACTION NO.
§  3:12-CV-1230-M
and §
§
THE UNITED STATES PATENT AND §
TRADEMARK OFFICE, §
§
  Intervening Defendant and Counterclaim §
  Plaintiff. §

**ORDER**

  Before the Court is the Motion to Dismiss Plaintiffs' Amended Complaint, filed

by Defendants Winstead PC and John Does Nos. 1–10 (collectively "Winstead" or

"Defendants") [Docket Entry #56]. John Does Nos. 1-10 are partners, associates or other

employees of Winstead, whose identities are not known to Plaintiffs. Pursuant to Federal

Rule of Civil Procedure 12(d), the Court converted the Motion to Dismiss to a Motion for

Summary Judgment during the hearing held on May 22, 2013. After considering the

parties' arguments, the factual record developed through limited discovery, and

applicable law, the Court **GRANTS** Defendants' Motion for Summary Judgment.

  The USPTO's Motion for Partial Summary Judgment [Docket Entry #60] is

**DENIED as moot.** Plaintiffs' Motion to Dismiss the Counterclaim of the Intervening

Defendant [Docket Entry #75] is **DENIED as moot.**

A Memorandum Opinion and Judgment will issue shortly.

**SO ORDERED**.

September 30, 2013.

BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS